Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
APR 1 1 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
for the
U.S. District of Illinois
Central Division

Christopher M Lewis
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City of Bloomington/Bloomington Police Department
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                Christopher Lewis
   Street Address      104 West Front Street (MCDF)
   City and County     Bloomington (McLean County)
   State and Zip Code  Illinois 61701
   Telephone Number    —
   E-mail Address      —

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Dakota Demess
- Job or Title (if known): Bloomington Police Officer
- Street Address: (B.P.D) 305 S. East
- City and County: Bloomington (McLean County)
- State and Zip Code: Illinois, 61701
- Telephone Number: ?
- E-mail Address (if known): ?

Defendant No. 2
- Name: Christian Gallion
- Job or Title (if known): Bloomington Police Officer
- Street Address: (B.P.D) 305 S. East
- City and County: Bloomington (McLean County)
- State and Zip Code: Illinois, 61701
- Telephone Number: ?
- E-mail Address (if known): ?

Defendant No. 3
- Name: Bowen Benoit
- Job or Title (if known): Bloomington Police Officer
- Street Address: (B.P.D) 305 S. East
- City and County: Bloomington (McLean County)
- State and Zip Code: Illinois, 61701
- Telephone Number: ?
- E-mail Address (if known): ?

Defendant No. 4
- Name: Taylor Turner
- Job or Title (if known): Bloomington Police Officer
- Street Address: (B.P.D) 305 S. East
- City and County: Bloomington (McLean County)
- State and Zip Code: Illinois, 61701
- Telephone Number: ?
- E-mail Address (if known): ?

Defendant No. 5: K-9 Unit Officer Chambers
Bloomington Police Officer
(B.P.D) 305 S. East
Bloomington (McLean County)
Illinois 61701

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fourth, Fifth and fourteenth amendment.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pain and suffering, false arrest, lost and destroyed real property, vehicle, lost of income, missing funeral, unable to pay fines and debts which are generating. (Actual Damages) (Compensatory Damages)

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7th of April 2025

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Christopher M. LEWIS

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## V. STATEMENT OF CLAIM

Place(s) of the occurrence <u>My Apartment 1705 Springfield Rd Apt 5# Bloomington, IL</u>

Date(s) of the occurrence <u>July 10th into 11th Between 11:15PM - 1:30PM</u>

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On July 10th around 11:15PM Bloomington Police were dispatched to Plaintiff's residence in response to a domestic disturbance call. Plaintiff was living there with his lover. The other half called Bloomington Police concerning a verbal confrontation. Officer Taylor Turner, Officer Dakota Demoss, Officer Bowen Benoit, Officer Christian Gaillan all responded. Officer (Doe?) Chambers responded later on Officer Turner request. B.P.D conducted a investigation and the police observed no injuries no crime committed, nothing physical happen and the caller explained, the Plaintiff caused no harm, no injuries, nothing violent nothing like this has happen before. Never has the plaintiff threaten anyone and he is okay and their assistance isn't needed no more everything okay, yes they are done. Once B.P.D was told everything is okay and their assistance was no longer needed and yes they are done and they realize nothing violent happen and wasn't no injuries, the police should of left. The officers was authorized to conduct an initial investigation, but their authority to remain in the apartment terminated once they found no evidence of domestic violence and there was no visible injuries and the caller no longer wanted their assistance. To remain in the apartment was a fourth amendment violation. Officer Demoss right after been told the plaintiff did not cause any injuries, did not do anything and everything is okay and yes they are done, decided to still run a Leads check on the plaintiff, which

5

(2)

Prolonged the initial domestic disturbance investigation, and changed the scope of the investigation and the fundamental nature of the domestic disturbance, once Bloomington Police received information on the plaintiff, the initial domestic disturbance investigation, which should of been complete and the police out of the apartment, turned into another investigation. Which resulted in an unlawful seizure of the plaintiff subsequent by two unlawful searches and seizures. One in the apartment with no warrant or consent and the other one in the Plaintiff's vehicle without consent or a search warrant. The one in the apartment was based on exceeding consent to search which produced a firearm which was inside a closed kitchen cabinet that do not have the plaintiff's fingerprints on it. B.P.D only had permission to search a bag he asked to search, not anything else. The second search was of the Plaintiff's vehicle were police had no reason to search Plaintiff's vehicle. It had nothing to do with the domestic disturbance, was parked correctly in the apartment parking lot in the correct area. Bloomington Police are seen on body worn camera (B.W.C) illegally searching the apartment and vehicle which is now missing with no tow report, impoundment sheet or anything. B.P.D are the last with the Plaintiff's vehicle keys as you can see on body worn camera (B.W.C). Bloomington Police placed criminal charges on the Plaintiff after they violated his fourth amendment rights many times that night of July 10th. To have his vehicle disappear with important documents, and alot of valuable personal property is very concerning. Plus Bloomington Police can be seen on body worn camera searching the Plaintiff's vehicle very unprofessional tossing property, electronics and as seen destroying things on the vehicle. Again B.P.D were the last ones

6

(3)

with the vehicle keys and now the vehicle is not accounted for and can not be found. This whole incident is on officer taylor Turner's (B.W.C), officer (Doe?) Chambers B.W.C, officer Christian Gallion B.W.C and officer Bowen Benoit (B.W.C) and B.P.D cruiser video also.

"Count 1": Plaintiff alleges he was illegally detained without probable cause in violation of the Fourth Amendment, by officer Dakota Demoss Bowen Benoit, officer tayler turner.

(Officer turner): Denied allowing the plaintiff to leave when the plaintiff tried to go to his car and just leave for the night. officer turner said "no your not allowed to leave, your part of the domestic disturbance investigation. If you try to leave your going in cuffs".

(Officer Bowen Benoit/Officer Demoss): After domestic disturbance was complete and warrant check complete, they said Plaintiff would be free to go if the warrant is "Non-extraditable" which is was. However the officer let him out of cuffs but ordered the plaintiff to stand at the police car with them and he ain't free to go, which is a violation of Plaintiff's fourth amendment prolonged unlawful detained.

"Count 2": Plaintiff alleges police illegally search his residence without consent or search warrant, in violation of fourth amendment.

(Officer TURNER): Remain in the apartment, manipulated Plaintiffs drunk roommate into searching things in the bedroom. officer turner asked to search the bag only, and was giving consent to search the bag only.

7

④

Officer Turner did not have permission to look through closets, underneath beds and did not ask to search another room in the apartment. Officer Turner asked a guest that was staying there with us about contraband. Being scared and not wanting to get in any trouble told officer Turner contraband was in the kitchen in one of the cabinets. Officer Turner took it upon himself without asking anyone permission and begin looking in cabinets until he find the contraband firearm. No one gave officer Turner permission, officer Turner did not have a search warrant and the firearm was not in plainview. Police body worn camera (B.W.C) is evidence and proves this. In violation of Plaintiffs fourth amendment right. Unlawful search and seizure.

"Count 3": Plaintiff alleges police refuse to leave after conducting the initial domestic disturbance investigation. In violation of the Plaintiffs and others fourth amendment right. (officer Turner, officer Demoss, officer Benoit officer Gaillion): once the officers realized wasn't no domestic disturbance occurring, no physical injuries and the caller saying "everything is okay, he did not do anything, he did not committ any crime, he was not violent, he never threaten anyone, nothing like this happen before, no he has never did this before and he understand they had to do their job but everything is okay and their assistance ain't needed no more and yes we are done", to remain in the apartment terminated once they found no evidence of domestic violence and there was no visible injuries and the caller no longer wanted assistance. To remain in the apartment was a fourth amendment violation.

(5)

"Count 4:" Plaintiff alleges police refused to leave and continued asking incriminating question with any miranda warnings. (Officer turner). continued asking where is the firearm and who's it. After the police was initially told by the caller and everyone there was no firearm in the apartment. Officers should not still be in the apartment. The domestic disturbance investigation is complete. To now investigate about a firearm that was not involved in any crime or brandished is a violation without a search warrant or consent. Officer turner is heard on police radio traffic and body worn camera telling officer Demass press him for the firearm.
(Officer Demass). agreed and illegally ask Plaintiff questions about the firearm while unlawful detaining the plaintiff.
(Officer Benoit). did the same. Which was in violation of Plaintiff's fourth, fifth and fourteenth amendment rights.

"Count 5:" Plaintiff alleges police are not suppose to allow another officer to violate a person's rights.
Officer turner, officer Demass, officer Gaillen officer Benoit and officer Chambers). did not stop the other officers or themselves from committing constitutional violations.

"Count 6:" Plaintiff alleges police unlawful searched and seized plaintiff's vehicle and destroyed things in the vehicle, tossed valuable personal property and lost plaintiff's vehicle which had alot of valuable personal property.
Officer turner and officer chambers. unlawfully unprofessional searched the plaintiffs vehicle without consent or a search warrant

(6)

and it was not a inventory search. This is seen on Police body worn camera (B.W.C). Officer Turner is the last one in possession of the plaintiff's keys. The vehicle has no tow report/impound-sheet and the Plaintiff was never returned his vehicle keys and the vehicle is now lost/missing. Body worn camera will show this placing Bloomington Police in violation of the plaintiff's fourth amendment rights.

"Count 7": Plaintiff alleges Police failed to provide him with proper notice that his property was seized in the first instance. Violation of fourth and fourteenth amendment.

"Count 8": Plaintiff alleges Police failed to provide him with a timely opportunity to contest the lawfulness of the seizure or any opportunity to dispute the seizure of his property. Violation of fourth and fourteenth amendment.

Count 9: Plaintiff alleges Police gave Plaintiff no available remedies for the return of seized property. Violation of fourth and fourteenth amendment.

"Count 10" Plaintiff alleges Police officers committed a fourth amendment violation when they caused the arrest of Plaintiff on July 10th 2024. The officers acted in a way that they "knew or reasonably should have known" would "cause other to deprive plaintiff of constitutional rights". Violation of fourth and fourteenth amendment.

Officer Turner, Officer Demoss, Officer Benoit and officer

⑦

"Count 11": Plaintiff alleges Police acting in concert, reached an agreement to deprive plaintiff of his constitutional rights as described in the complaint. Plaintiff alleges that officer turner, officer Demoss and officer Benoit acted in concert, reached an agreement to deprive plaintiff of his constitutional rights by arresting and detaining him without probable cause or a warrant. Violation of fourth and fourteenth amendment.

"Count 12": Plaintiff alleges bloomington police practice, custom unlawful behavior of taking vehicles without just compensation is in violation of the fifth amendment's "Takings clause" and fourth amendment.

The plaintiff is suing the City of Bloomington/Bloomington Police department/officers Taylor turner #11877, Bowen Benoit #13741, Christian Gallien #9257, Dakota Demoss #12869 and officer (Doe?) Chambers (K-9 unit) in monell suit with individual and official capacities all acting in color of the law.

Respectfully submitted.

## RELIEF REQUESTED

(State what relief you want from the court.)

The plaintiff is asking this honorable court for Actual dameges and compensatery relief, court cost, lawyer fees, fines/payments due in amount of $350,000. And declaratary relief ordering police policy changed.

JURY DEMAND    Yes [✓]    No [ ]

Signed this ___7th___ day of ___April___, 20_25_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Christopher M. Lewis | 161185607 |
| Address: | Telephone Number: |

8

TO: United States District Court Central Division
FROM: Christopher M Lewis
SUBJECT: How Document Made
DATE: 4/7/2025

Dear United States District Court, I am being illegal convicted concerning this case and my Due Process is being violated within the state court. I know that you all can not intervene but I do ask to have someone investigate or watch over my case. Because I am recieving illegal treatment, misconduct and prejudice in my case, to help Bloomington Police cover up their constitutional violations. I have already been told by a Deputy Sheireff that I have a great case my rights were violated, but this court is not going to allow me to win. He says he hate to work my courtroom floor because it's always misconduct happening with my courtroom. I have filed complaints with everyone. I ask that you please understand, because one day my case may make it here. Because I will stand up to my injustice. I pray that God bless this Judicial System and people do the right thing.
Also all my documents are in pencil or not copied because this Jail do not provide copies, pens or carbon paper.

Sincerely                                Respectfully Submitted

Christopher Lewis
(MCDF)
104 West Front Street
Bloomington, Illinois, 61701

OCR Reject RJ-2

FIRST-CLASS MAIL
U.S. POSTAGE PAID
Springfield, IL
PERMIT# 132

4029250408 - 123306578

United
Central Division
Rock Island Division
322 16th Street Suite 200A
Rock Island, IL 61201

LEGAL MAIL

LEGAL MAIL

RECEIVED
APR 11 2025
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

LEGAL MAIL